```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
Puglisi                                          SCHEDULING ORDER

-against-                                        DOCKET# CV-10-1928 (JS)

Town of Hempstead,
Department of Sanitation,
Sanitary District No. 2 et el


---------------------------------------------X
```

The above numbered matter has been referred to the undersigned for pre-trial supervision and the preparation of the scheduling order required by Rule 16(b) of the Federal Rules of Civil Procedure. The following schedule is established after consultation with the parties:

Joinder of additional parties are to be completed by _none_

Amend the pleadings by _motion to strike certain attachments to the complaint and #33 of the complaint._

Any summary judgment motion shall be scheduled for a pre-motion conference no later than _5/15/11_

Any other dispositive motion shall be filed by _5/15/11_
*All discovery is to be completed by _4/15/11_

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

A final pre-trial conference is to be held _4/22/11 at 10:00 AM_ **
Pre-Trial Order to be submitted and filed with Clerk of the Court by _____

      SO ORDERED.

Dated:
      Central Islip,                    MICHAEL L. ORENSTEIN
      New York                          UNITED STATES MAGISTRATE JUDGE

** subject to the schedule of the magistrate then presiding over this action.